ABRAHAM A. GOLDBERG, INCORPORATED, APPELLANT, v. PHILIP SCRIFFIGANO ET AL., RESPONDENTS.

Submitted May 27, 1932—Decided October 17, 1932.

For the appellant, *Emil Neblo*.

For the respondents, *Donald B. Munsick*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* opinion filed in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, CASE, BODINE, BROGAN, VAN BUSKIRK, KAYS, DEAR, WELLS, KERNEY, JJ. 11.

*For reversal*—None.